■ DAVID J. ELMER, Appellant, v. PATRICIA A. HOURIHAN, Respondent. — Order affirmed, without costs of this appeal to either party. All concur, except BASTOW, J. P., and DEL VECCHIO, J., who dissent and vote to reverse and reinstate the verdict. (Appeal from order of Monroe Trial Term granting defendant's motion to set aside the verdict in favor of plaintiff in an automobile negligence action.) Present — Bastow, J. P., Goldman, Henry, Noonan and Del Vecchio, JJ.